**NATIONAL STOCK YARDS NATIONAL BANK v. UNITED STATES of America.**

No. 4791.

*Circuit Court of Appeals, Seventh Circuit.*

*May 6, 1933.*

I. N. Nelson, of Chicago, Ill., for appellant.

Paul F. Jones, U. S. Atty., of Danville, Ill., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation of counsel, which provides that the same judgment be entered in this cause as was entered on December 7, 1932, in cause No. 4792, National Cattle Loan Company v. United States of America, 62 F.(2d) 168.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed.

---

**NEW YORK TRAP ROCK CORPORATION, Owner of the Scows F. C. STUDWELL and W. J. FITZGERALD, Appellee, v. COLONIAL SAND & STONE COMPANY, Inc., Appellant.**

No. 428.

*Circuit Court of Appeals, Second Circuit.*

*May 29, 1933.*

William F. Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for appellant.

Frederick W. Park, of New York City (Benjamin T. Dannenberg, of New York City, of counsel), for appellee.

---

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**In the Matter of the Petition of Charles Marco Goldenberg ORMOND to be Admitted as a Citizen of the United States of America.**

No. 441.

*Circuit Court of Appeals, Second Circuit.*

*June 27, 1933.*

Charles M. G. Ormond, in pro. per.

George Z. Medalie, U. S. Atty., of New York City (Ira Koenig, of New York City, and Ralph E. Stone, of Mt. Kisco, N. Y., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Subhi Mustafa Sadi v. U. S. (C. C. A.) 48 F.(2d) 1040.